| | |
|---|---|
| 1 | BENJAMIN B. WAGNER |
| | United States Attorney |
| 2 | MEGAN A.S. RICHARDS |
| | Assistant United States Attorney |
| 3 | 2500 Tulare Street, Suite 4401 |
| | Fresno, CA 93721 |
| 4 | Telephone: (559) 497-4000 |
| | Facsimile: (559) 497-4099 |

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF, | CASE NO. 5:16-SW-0041 JLT |
| | MOTION AND ORDER TO UNSEAL SEARCH WARRANT |
| In re: discreettim@yahoo.com, stored at premises controlled by Dropbox, Inc. | |

The United States of America hereby applies to this Court for an order pursuant to Rule 6(e) of the Federal Rules of Criminal Procedure. There no longer exists any reason to keep the search warrant underseal as the defendant has been arrested.

Based on the foregoing, the United States respectfully requests that the search warrant be unsealed and made public record

Dated: November 22, 2016            BENJAMIN B. WAGNER
                                    United States Attorney

                                     /s/ MEGAN A.S. RICHARDS
                                    MEGAN A.S. RICHARDS
                                    Assistant United States Attorney

1

BENJAMIN B. WAGNER
United States Attorney
MEGAN A.S. RICHARDS
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF,<br><br>In re: discreettim@yahoo.com, stored at premises controlled by Dropbox, Inc. | CASE NO. 5:16-SW-0041 JLT<br><br>ORDER TO UNSEAL SEARCH WARRANT |

The search warrant was sealed by Order of this Court pursuant to Rule 6(e) of the Federal Rules of Criminal Procedure. The Court ORDERS that the case be unsealed, and be made public record.

IT IS SO ORDERED.

Dated:  **November 22, 2016**         **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE

2